# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY LATRELL GIVENS, | No. 4:20-CV-00898 |
| Petitioner, | (Judge Brann) |
| v. | |
| S. SPAULDING, USP LEWISBURG, | |
| Respondent. | |

## ORDER

**JULY 16, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The dismissal is without prejudice to Petitioner's right to seek relief in the sentencing court, subject to the pre-authorization requirements set forth in 28 U.S.C. §§ 2244 and 2255(h), as they may apply.

3. The Clerk of Court is directed to NOTIFY the Petitioner and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge